■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PETER STEINIGER, Appellant. [603 NYS2d 752] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (Pesce, J.), rendered July 9, 1991.

Ordered that the judgment is affirmed *(see, People v Pellegrino,* 60 NY2d 636; *People v Kazepis,* 101 AD2d 816). Mangano, P. J., Rosenblatt, Lawrence, Copertino and Joy, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT TAYLOR, Also Known as ROBERT HENDERSON, Appellant. [603 NYS2d 751] —Appeal by the defendant from a judgment of the County Court, Nassau County (Dunne, J.), rendered December 5, 1991, convicting him of unauthorized use of a motor vehicle in the third degree and robbery in the second degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted *(see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf., People v Gonzalez,* 47 NY2d 606). Bracken, J. P., Balletta, Eiber, O'Brien and Pizzuto, JJ., concur.